# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Timothy Clark,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Southwest Credit Systems, L.P.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action Number: 0:17-cv-60373-RLR |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Timothy Clark | Southwest Credit Systems, L.P. |
|---|---|
| ___/s/ _Stan Michael Maslona_ | _/s/ Sangeeta Spengler__ |
| Stan Michael Maslona, Esq.<br>FL Bar No. 86128<br>Lemberg Law, LLC<br>43 Danbury Road, Third Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>Email: smaslona@lemberglaw.com<br>Attorney for Plaintiff | Sangeeta Spengler, ESQ.<br>FL Bar No.: 0186864<br>GOLDEN SCAZ GAGAIN, PLLC<br>201 North Armenia Avenue<br>Tampa, Florida 33609-2303<br>Phone: (813) 251-5500<br>Fax: (813) 251-3675<br>spspengler@gsgfirm.com<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Stan Michael Maslona
                  Stan Michael Maslona, Esq.