UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:17-CV-60373-ROSENBERG/HOPKINS

TIMOTHY CLARK,

    Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, L.P.,
and DOES 1-10, INCLUSIVE,

    Defendants.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the Parties' Stipulation of Dismissal Without Prejudice at docket entry 21. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 10th day of October, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record